No. 2015, Misc. LOWERY *v.* PINTO, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 1135, Misc. WINEGAR *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Edward Martin Wise* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1050. SOUTHERN PACIFIC CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA, 394 U. S. 845;

No. 1109. WEED *v.* BILBREY ET AL., 394 U. S. 1018;

No. 1152. SOUTHERN PACIFIC CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL., 394 U. S. 845;

No. 642, Misc. HALLIDAY *v.* UNITED STATES, 394 U. S. 831;

No. 688, Misc. HANGER ET AL. *v.* UNITED STATES, 393 U. S. 1119;

No. 1263, Misc. CAREY *v.* GEORGE WASHINGTON UNIVERSITY, 394 U. S. 910; and

No. 1741, Misc. WHITEHEAD *v.* MICHIGAN, 394 U. S. 1021. Petitions for rehearing denied.

JUNE 21, 1969.

No. 2197, Misc. HEDBERG *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.